UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ANTHONY ROBINSON,
    Plaintiff,

vs.          02-1347

M. BOHN, et al.
    Defendants.

## ORDER

This cause is before the court for consideration of the defendant's motion pursuant to Rule 50 of the Federal Rules of Civil Procedure for judgement as a matter of law on a pending state law claim. The plaintiff filed a complaint pursuant to 42 U.S.C. §1983 against four defendants claiming that his constitutional rights were violated. The plaintiff also claimed that Defendant Bohm had committed the intentional tort of assault and battery.

On March 3, 2005, the plaintiff's case proceeded to jury trial. The plaintiff had one surviving §1983 claim against one defendant. The plaintiff alleged that Defendant Bohm violated plaintiff's Eighth Amendment rights when Bohm used excessive force on May 29, 2002. The plaintiff claimed that the defendant had stabbed him in the hand. The defendant denied that he had done so. The jury found in favor of the defendant and against the plaintiff.

At the conclusion of the trial, the court noted that after review of the record, it had failed to sever the state tort claim prior to trial. Therefore the issue was still before the court. The court notified the parties of its failure in a telephone conference call and the defendant filed this motion pursuant to Rule 50 of the Federal Rules of Civil Procedure. The plaintiff has not filed a response.

Rule 50 prescribes that judgment as a matter of law is proper when "a party has been fully heard on an issue and there is no legally sufficient evidentiary basis for a reasonable jury to find for that party on that issue." Fed.R.Civ P. 50(a)(1). The defendant's motion is granted.

The jury properly found that the plaintiff had not demonstrated that the defendant had intentionally injured him. The defendant denied that he injured the plaintiff. The plaintiff stated that his thumb was punctured when the defendant was trying to remove either plexiglass or a covering from the plaintiff's cell. The plaintiff admitted that he had placed a wall covering in front of his cell window in violation of correctional center rules. The plaintiff also admitted that when the defendant tried to remove the covering, his view into the plaintiff's cell was completely obstructed. All the evidence concerning the incident about which the plaintiff complained was before the court at the trial. That evidence did not provide a "legally sufficient evidentiary basis

for a reasonable jury to find for" the plaintiff on his state tort claim.  A reasonable jury would not have concluded that the defendant either intentionally or negligently injured the plaintiff.

    IT IS THEREFORE ORDERED that;

    The defendant's motion pursuant to Rule 50 of the Federal Rules of Civil Procedure is granted as to the plaintiff's remaining claim that Defendant Bohm committed the intentional tort of assault and battery in violation of Illinois law. [d/e 119].   The Clerk is directed to enter judgment in favor of the defendant and against the plaintiff on his state tort claim.  The parties shall bear their own costs

Enter this 19th day of October, 2004.

                                     **s\Harold A. Baker**

                              _____
                                    HAROLD A. BAKER
                             UNITED STATES DISTRICT JUDGE